UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA MCCLINTOCK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1066-JWD-RLB** |
| **ALLSTATE INSURANCE COMPANY** | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 5, 2025 (Doc. 25), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with Court orders.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 20, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**