UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA MCCLINTOCK | CIVIL ACTION |
| VERSUS | NO. 23-1066-JWD-RLB |
| ALLSTATE INSURANCE COMPANY | |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is entered, dismissing, that Plaintiff's Complaint, without prejudice, pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with Court orders.

Signed in Baton Rouge, Louisiana, on February 20, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA